IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | | |
|---|---|---|
| BRIGHTON OPTICAL, INC., a Michigan corporation, et al. | ) ) ) | Case No. 03-74974 |
| | ) | **Hon. Nancy Edmunds** |
| Plaintiffs, | ) | |
| v. | ) ) | |
| VISION SERVICE PLAN, | ) ) | |
| Defendant. | ) ) | |

**INDEX OF EXHIBITS TO VISION SERVICE PLAN'S BRIEF IN SUPPORT
OF ITS MOTION FOR SUMMARY JUDGMENT**

1. Member Doctor Agreement of Dr. Birchmeier, and signature pages of other Plaintiffs

2. Affidavit of Dede Neifert

3. Pearle Vision Franchise Agreement

4. DOC Franchise Agreement

5. Patrick Dandino, Esq., 4/6/05 Deposition Transcript Excerpts

6. James Lies 4/7/05 Deposition Transcript Excerpts

7. Proposed Findings of Fact and Conclusions of Law on Plaintiffs' Motion for a Preliminary Injunction

8. Order Adopting Report and Recommendation & Denying Plaintiffs' Motion for a Preliminary Injunction

9. Restated Bylaws of Vision Service Plan

10. Notification Letters to Plaintiff Doctors

11. Vision Service Plan Informal Hearing Process

12. Affidavit of Susan Egert

13. Janice Wilson 2/8/05 Deposition Transcript Excerpts

14. Jeff Vellenga 1/21/05 Deposition Transcript Excerpts

15. John E. Birchmeier, O.D., 3/9/05 Deposition Transcript Excerpts

16. David Cannon, O.D., 3/8/05 Deposition Transcript Excerpts

17. Harold F. Curtin, III, O.D., 1/28/05 Deposition Transcript Excerpts

18. Ralph W. Eaves, O.D., 1/28/05 Deposition Transcript Excerpts

19. Elizabeth Nichols, O.D., 3/10/05 Deposition Transcript Excerpts

20. Julie Runstrom, O.D., 3/10/05 Deposition Transcript Excerpts

21. Douglas Schneider, O.D., 3/8/05 Deposition Transcript Excerpts

22. Gerald Skiba, II, O.D., 3/7/05 Deposition Transcript Excerpts

23. Randy Watsky, O.D., 3/9/05 Deposition Transcript Excerpts

24. Lori Wirth 3/8/05 Deposition Transcript Excerpts

25. Letter to John Birchmeier dated October 26, 1995