# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| BRIGHTON OPTICAL, INC., a Michigan corporation, et al. | ) Case No. 03-74974 |
| | ) |
| | ) **Hon. Nancy Edmunds** |
| Plaintiffs, | ) |
| v. | ) |
| | ) |
| VISION SERVICE PLAN, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## INDEX OF EXHIBITS TO DEFENDANT VISION SERVICE PLAN'S SEPARATE STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE TO BE TRIED AND SUPPORTING EVIDENCE ON MOTION FOR SUMMARY JUDGMENT

A. Restated Bylaws of Vision Service Plan

B. Member/Doctor Agreement (Membership in Vision Service Plan)

C. Affidavit of Susan Egbert

D. Notification Letters to Plaintiff Doctors

E. VSP Formal Hearing Process Member Doctor Rights

F. John E. Birchmeier, O.D., 3/9/05 Deposition Transcript Excerpts

G. David Cannon, O.D., 3/8/05 Deposition Transcript Excerpts

H. Harold F. Curtin, III, O.D., 1/28/05 Deposition Transcript Excerpts

I. Ralph W. Eaves, O.D., 1/28/05 Deposition Transcript Excerpts

J. Elizabeth Nichols, O.D., 3/10/05 Deposition Transcript Excerpts

K. Julie Runstrom, O.D., 3/10/05 Deposition Transcript Excerpts

L. Douglas Schneider, O.D., 3/8/05 Deposition Transcript Excerpts

M. Gerald Skiba, II, O.D., 3/7/05 Deposition Transcript Excerpts

N. Randy Watsky, O.D., 3/9/05 Deposition Transcript Excerpts

O. Lori Wirth 3/8/05 Deposition Transcript Excerpts

P. Letter to Dr. John Birchmeier dated October 26, 1995

Q1. Franchise Agreements

Q2. Franchise Agreements (con't)

R. Franchise Agreements

S. Patrick Dandino, Esq., 4/6/05 Deposition Transcript Excerpts

T. James Lies 4/7/05 Deposition Transcript Excerpts