# EXHIBIT 20

**Plaintiff's Opposition to Motion for Summary Judgment**

Welcome to the Vision Source! Eye examinations, laser vision correction, contact lenses, glasses, eye doctors.

# Vision Source!
*To See Your Best, See The Best!*

Wednesday
September 7, 2005

- About Us
- Contact Us
- Products/Services
- Dr/Member Log In
- Vendor Log In

Clinic Locator

Doctor Directory

# The Nation's Number 1 Network of Independent Optometrists

## About Us

### That Personal Touch

Because each Vision Source office is owned and operated by an independent doctor of optometry, you get personal care and attention. Your entire experience, from exam through fitting and follow-up, takes place under the watchful eye of the owner, so the quality of your care is assured.

### Top Quality and Value.

With the combined purchasing power of more than ~1,305 locations (over 2,500 doctors) in all 50 states, The Vision Source is able to offer designer frames, specialty lenses and all types of contact lenses at prices comparable with any supposedly discount operation. You also get the added value of trained opticians at each office to help you in the selection and fitting of your eye wear.

Personal attention from an independent professional and quality eye wear at value prices. If you're not getting that from your present eye care provider, then see what you've been missing -- contact The Vision Source location nearest you.





CIBA Vision
*A Novartis Company*
see how good more oxygen can feel.
O₂OPTIX.
Click Here for More Information

Case 2:03-cv-74974-NGE   ECF No. 95-16, PageID.2643   Filed 09/16/05   Page 2 of 3

| | |
|---|---|
| [photo] | Ms. Suzy Knight<br>Manager of Network Administration<br>SKnight@visionsource.com<br>Phone: 281-312-1111<br>Fax: 281-312-1153<br>New Vendor Programs, General Vendor Questions, New Office/Market Orientation |
| [photo] | Mrs. Leticia Leal<br>Financial & Contract Administrator<br>LLeal@visionsource.com<br>Phone: 281-312-1111<br>Fax: 281-312-1153<br>Vendor Rebates, Topcon Purchases, Legal Documentation Completion, Marketing Accounts |
| [photo] | Ms. Stacey Lancaster<br>Executive Assistant<br>SLancaster@visionsource.com<br>Phone: 281-312-1111<br>Fax: 281-312-1153<br>Executive Assistant to President & Chief Operating Officer, Communication of Vendor Promotions to Members, Website Updates. |
| [photo] | Mrs. Deawna Guillot<br>Administrative Assistant<br>DGuillot@visionsource.com<br>Phone: 281-312-1111<br>Fax: 281-312-1153<br>Offering Circulars, Franchise Agreements, Email Corrections, New Member Vendor Notification |
| Photo N/A | Mrs. Tina Blanc<br>Accounting Specialist<br>tblanc@visionsource.com<br>Phone: 281-312-1111<br>Fax: 281-312-1153 |
| Photo N/A | Tri Do<br>Systems Engineer<br>tdo@visionsource.com<br>Phone: 281-312-1111, ext. 205<br>Fax: 281-312-1153<br>Senior Developer and Networks/Systems Administrator |
| Photo N/A | Barbara McCrae<br>Senior Accountant<br>bmccrae@visionsource.com<br>Phone: 281-312-1111, etx 212<br>Fax: 281-312-1153 |